IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| PRECIOUS R. JOHNSON, | Case No. 2:17-cv-10321 |
| Plaintiff, | |
| | Judge Sean F. Cox |
| v. | |
| | Magistrate Judge R. Steven Whalen |
| HARLEYSVILLE LIFE INSURANCECO., | |
| Defendant. | |

## DEFENDANT'S STATEMENT OF NO PROCEDURAL CHALLENGE

Pursuant to the Court's Order dated May 30, 2017 (Doc. 10), Defendant Harleysville Life Insurance Company asserts no procedural challenge to the administrator's decision in the above-referenced matter.

Dated: June 30, 2017

Respectfully submitted,

/s/ Stephanie A. Douglas
Stephanie A. Douglas (P70272)
Bush Seyferth & Paige PLLC
3001 W. Big Beaver Rd., Suite 600
Troy, MI  48084
Telephone: (248) 822-7800
douglas@bsplaw.com

                              Lisa M. Kathumbi (Ohio 81441)
                              Jill K. Bigler (Ohio 83789)
                              Bricker & Eckler LLP
                              100 South Third Street
                              Columbus, OH  43215
                              Telephone: (614) 227-2300
                              Fax: (614) 227-2390
                              lkathumbi@bricker.com
                              jbigler@bricker.com
                              *Applications for Admission*
                              *forthcoming*
                              *Counsel for Defendant*
                              *Harleysville Life Insurance Company*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 30, 2017, I electronically filed the foregoing **DEFENDANT'S STATEMENT OF NO PROCEDURAL CHALLENGE** with the Clerk of the Court using the Court's CM/ECF System, which will send notification of the filing to all counsel of record.

/s/ Stephanie A. Douglas
Stephanie A. Douglas